UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ANTHONY and HOLLY ANTHONY,

    Plaintiffs,

vs.

HAWK, HAYNIE, KAMMEYER & CHICKEDANTZ, LLP,

    Defendant.

HON. PAUL J. MALONEY
Case No.: 1:13-CV-1255

## **STIPULATION FOR DISMISSAL**

It is hereby stipulated by the parties, through their respective counsel, that Plaintiffs' Complaint against Defendant HAWK, HAYNIE, KAMMEYER & CHICKEDANTZ, LLP, be dismissed from this matter with prejudice and without costs to any party.

| | |
|---|---|
| /S/ Matthew D. Tanner<br>MATTHEW D. TANNER<br>Attorney for Plaintiff<br>53 West Jackson Blvd., Ste. 400<br>Chicago, IL 60604<br>(312) 588-1970<br>mtanner@tannerlehman.com | /S/ James R. Shinar<br>JAMES R. SHINAR (P42324)<br>Attorney for Plaintiffs<br>1000 West Michigan Ave.<br>Kalamazoo, MI 49006<br>(269) 382-1483<br>jshinar@bvs-law.com |

/S/ James E. Tamm
JAMES E. TAMM (P38514)
RICHARD V. STOKAN, JR. (P61997)
Attorney for Defendant
40701 Woodward Avenue, Ste. 105
Bloomfield Hills, MI 48304
(248) 433-2000
jetamm@odtlegal.com
rvstokan@odtlegal.com